PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
Attorneys for Plaintiff,
*Janet Rouse*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANET ROUSE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STAFF MANAGEMENT, LLC a foreign limited liability company; ETHEL M. CHOCOLATES, LLC., a domestic limited liability company;<br><br>Defendants. | CASE NO.: 2:19-cv-01823-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT STAFF MANAGEMENT, LLC MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Janet Rouse ("Plaintiff"), through her counsel Philip J. Trenchak, Esq. of Mullins & Trenchak, Attorneys at Law, and Defendant Staff Management, LLC ("Defendant"), through its counsel Sarah J. Odia, Esq. of Payne & Fears, LLP., that Defendant shall have up to and including Thursday, January 30, 2020, in which to respond to Defendant's Motion to Dismiss First Amended Complaint [Dkt. 30]. This Stipulation is submitted and based upon the following:

1. That Defendant's answer or response is currently due on January 16, 2020.

1

2. That this is the first request for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss First Amended Complaint.

3. That such an extension is necessary because Plaintiff's Counsel requires additional time to investigate facts that will allow for an informed response to the Motion to Dismiss.

4. That such an extension is necessary due to Plaintiff's Counsel being overwhelmed with litigation deadlines.

5. That this request is made in good faith and not for the purpose of delay.

6. That nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

DATED this 15th day of January, 2020.

| MULLINS & TRENCHAK, ATTORNEYS AT LAW | PAYNE & FEARS, LLC |
|---|---|
| /s/ Philip J. Trenchak | /s/ Sarah J. Odia |
| Philip J. Trenchak, Esq. | Sarah J. Odia, Esq. |
| Nevada Bar No. 9924 | Nevada Bar No. 11053 |
| 1614 S. Maryland Pkwy. | 6385 S. Rainbow Blvd., Suite 220 |
| Las Vegas, NV 89104 | Las Vegas, Nevada 89118 |

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge
Dated: January 16, 2020.